**Dr. Kyle Kovacs, MD**
St. Giles Associate Professor of Clinical Ophthalmology
Weill Cornell Medicine
1305 York Avenue, 11th Floor
New York, NY 10021
Phone: (646) 962-2020

**Date:** March 4, 2025

**Re: Edwin Williams – Diagnosis of Best Disease (Vitelliform Macular Dystrophy)**

To Whom It May Concern,

I am writing to confirm that my patient, Mr. Edwin Williams, has been clinically diagnosed with Best disease, also known as Vitelliform Macular Dystrophy, an inherited retinal condition that affects the macula — the central portion of the retina responsible for sharp, detailed vision.

Best disease is a congenital, progressive macular dystrophy caused by mutations in the *BEST1* gene. It typically presents in childhood or early adulthood and leads to a gradual decline in central visual acuity. The disease is characterized by abnormal accumulation of lipofuscin-like material beneath the retina, often appearing as a yellowish lesion in the macula during early stages. Over time, this material breaks down, resulting in retinal atrophy and scarring.

As of Mr. Williams' most recent examination: March 4, 2025

- **Visual Acuity (Best Corrected):**
    - Right Eye (OD): 20/200
    - Left Eye (OS): 20/160
- **Visual Field:**
    - Central field distortion and reduced contrast sensitivity
    - Functional field radius: approximately 20–25 degrees, with significant central impairment

Mr. Williams' condition meets the criteria for **l**egal blindness under New York State and federal definitions, which include a best-corrected visual acuity of 20/200 or worse in the better eye, or a visual field of 20 degrees or less.

Best disease is non-correctable by lenses or surgery, and while peripheral vision may remain intact, the central vision loss significantly impairs reading, facial recognition, and digital navigation. Mr. Williams relies on screen-reading software, magnification tools, and keyboard-based navigation **to** access digital content and perform daily tasks.

His condition **is** permanent and progressive, and he will require ongoing low-vision support and accessibility accommodations throughout his life.

      Please feel free to contact my office should further documentation or clarification be required.

Sincerely,

*[signature]* K.K.

**Dr. Kyle Kovacs, MD**
St. Giles Associate Professor
of Clinical Ophthalmology Weill
Cornell Medicine